UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER S. YOUST,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>OFFICER ERIC LUKACS and OFFICER MICHAEL DEITZ,<br>　　　　　　　Defendants. | :<br>:<br>:<br>:　　No. 5:20-cv-3287<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 22nd day of February, 2022, upon consideration of mail returned as undeliverable to pro se Plaintiff Christopher Youst, ECF No. 29, Defendants' pending Motion to Compel Discovery Responses, ECF No. 32, Youst's failure to appear for a scheduled telephone conference in this matter, Youst's failure to comply with this Court's Order dated January 10, 2022, which directed him to provide this Court with a valid address for correspondence, ECF No. 34, and for the reasons set forth in this Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute.

2. Defendants' pending motion to compel, ECF No. 32, is **DISMISSED as moot.**

3. This matter is **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge